SHINGLER *et al. v.* YEATES *et al.; et vice versa.*

HILL, J. This case is controlled by the principles ruled in *Donalson v. Yeates,* ante.

*Judgment reversed on the main bill of exceptions, and affirmed on the cross-bill. All the Justices concur.*